# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| PAUL DOUGLAS JACKSON § <br> ID # 1460648 § <br> § <br> v. § <br> § <br> STATE OF TEXAS, et al. § § | CIVIL ACTION NO. 3:24-CV-2727-S-BW |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation, Plaintiff's Application to Proceed in Forma Pauperis [ECF No. 4] is **DENIED**. By separate judgment, this action will be dismissed without prejudice.

**SO ORDERED.**

SIGNED December 10, 2024.

UNITED STATES DISTRICT JUDGE