# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| PAUL DOUGLAS JACKSON § <br> ID # 1460648 § <br> § <br> § <br> v. § <br> § <br> STATE OF TEXAS, et al. § <br> § | CIVIL ACTION NO. 3:24-CV-2727-S-BW |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Plaintiff's Motion to Leave to File an Amend [ECF No. 11] is liberally construed as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) and **DENIED**.

**SO ORDERED.**

SIGNED May 8, 2025.

_____
UNITED STATES DISTRICT JUDGE